# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ISHA R. KABBA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00738 |
| ) | **Judge Campbell** |
| METROPOLITAN NASHVILLE ) | **Magistrate Judge Holmes** |
| HOSPITAL AUTHORITY d/b/a ) | |
| NASHVILLE GENERAL HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## UPDATED JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's April 24, 2023, Order (Doc. No. 77), the Parties hereby request a trial date of September 19, 2023, or September 26, 2023. The Parties have discussed the possibility of mediation and are cautiously optimistic that a mediation would be successful. To conserve both parties' resources and to provide an opportunity for a mediation, the parties respectfully request that the trial be set in late September.

Respectfully submitted,

*/s/Brian C. Winfrey with permission MSR*
Brian C. Winfrey, BPR #25766
Morgan & Morgan
810 Broadway, Suite 105
Nashville, Tennessee 37203
bwinfrey@forthepeople.com


*/s/ Melissa Roberge*
Melissa S. Roberge, BPR #26230
SENIOR COUNSEL
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
melissa.roberge@nashville.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been forwarded via the court's CM/ECF system to:

Brian Winfrey
Morgan & Morgan
810 Broadway, Suite 105
Nashville, Tennessee 37203
bwinfrey@forthepeople.com

on this the 25th day of April, 2023.

/s/ *Melissa Roberge*
Melissa Roberge