# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ISHA R. KABBA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00738 |
| | ) Judge Campbell |
| METROPOLITAN NASHVILLE | ) Magistrate Judge Holmes |
| HOSPITAL AUTHORITY d/b/a | ) |
| NASHVILLE GENERAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, hereby give notice and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal of this action with prejudice.

Respectfully submitted:

*/s/Brian Winfrey with permission MSR*
Morgan & Morgan
810 Broadway, Suite 105
Nashville, Tennessee 37203
bwinfrey@forthepeople.com


*/s/ Melissa Roberge*
Melissa S. Roberge, BPR #26230
SENIOR COUNSEL
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
melissa.roberge@nashville.gov


# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been forwarded via the court's CM/ECF system to:

Brian Winfrey
Morgan & Morgan
810 Broadway, Suite 105
Nashville, Tennessee 37203
bwinfrey@forthepeople.com


on this the 22nd of August, 2023.


/s/ *Melissa Roberge*
Melissa Roberge